IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| Plaintiffs Kenneth Lake, Crystal Lake, Harold Bean, Melinda Bean, Kyle Pahona, Estel Pahona, Timothy Moseley, and Ashley Moseley,<br><br>            Plaintiffs,<br><br>    vs.<br><br>Ohana Military Communities, LLC, Forest City Residential Management, Inc.; and DOE Defendants 1-10,<br><br>            Defendants. | CV NO. _____<br><br>DECLARATION OF CHRISTINE A. TERADA |

## DECLARATION OF CHRISTINE A. TERADA

I, Christine A. Terada, hereby declare under penalty of perjury as follows:

1.      I am an attorney with the law firm of Goodsill Anderson Quinn & Stifel LLP, one of the attorneys representing Defendants Ohana Military Communities, LLC and Forest City Residential Management, LLC in this matter.  I am licensed to practice law in the State of Hawaiʻi.  I am competent to testify as to all matters herein and make this declaration upon personal knowledge.  If called as a witness, I could and would competently testify to the truth of the matters stated herein, except as to those matters stated to be true on information and belief.

2.      Defendants were served with a copy of the Complaint and Summons on September 26, 2016.  Attached hereto as Exhibit 1 is a true and correct copy of the Complaint and Summons in the above-captioned matter that was filed in the First Circuit Court for the State of Hawaiʻi.  No other pleadings have been filed in this action.

3.      A true and correct copy of the redacted lease for Kenneth and Crystal Lake is attached to the Declaration of Paris Cousin.

4.      Attached hereto as Exhibit 2 is a true and correct copy of a Preliminary Report by Fidelity National Title & Escrow of Hawaii regarding "Mololani" land at Marine Corps Base Hawaiʻi.

5.      Attached hereto as Exhibit 3 is a true and correct copy of a Preliminary Report by Fidelity National Title & Escrow of Hawaii regarding "Pa Honua North II" land at Marine Corps Base Hawaiʻi.

6.      Attached hereto as Exhibit 4 is a true and correct copy of a Preliminary Report by Fidelity National Title & Escrow of Hawaii regarding "Hawaii Loa" land at Marine Corps Base Hawaiʻi.

7.      Attached hereto as Exhibit 5 is a true and correct copy of a Preliminary Report by Fidelity National Title & Escrow of Hawaii regarding "Waikulu" land at Marine Corps Base Hawaiʻi.

8.      Attached hereto as Exhibit 6 is a true and correct copy of a

Preliminary Report by Fidelity National Title & Escrow of Hawaii regarding

"Ulupau North" land at Marine Corps Base Hawai'i.

       I swear under penalty of perjury that the foregoing is true and correct

to the best of my knowledge, information, and belief.

       DATED:  Honolulu, Hawai'i, October 13, 2016


               /s/ Christine A. Terada
               Christine A. Terada