COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP

JOACHIM P. COX    7520-0
 jcox@cfhawaii.com
RANDALL C. WHATTOFF  9487-0
 rwhattoff@cfhawaii.com
KAMALA S. HAAKE   9515-0
 khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone:  (808) 585-9440
Facsimile:  (808) 275-3276

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

LISA WOODS MUNGER  3858-0
 lmunger@goodsill.com
CHRISTINE A. TERADA  10004-0
 cterada@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC
FOREST CITY RESIDENTIAL MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Plaintiffs Kenneth Lake, Crystal Lake, Harold Bean, Melinda Bean, Kyle Pahona, Estel Pahona, Timothy | CV 16-00555 KSC<br><br>DEFENDANTS OHANA MILITARY COMMUNITIES, LLC |

| | |
|---|---|
| Moseley, and Ashley Moseley,<br><br>             Plaintiffs,<br><br>    vs.<br><br>Ohana Military Communities, LLC, Forest City Residential Management, Inc.; and Doe Defendants 1-10,<br><br>             Defendants. | AND FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE |

**DEFENDANTS OHANA MILITARY COMMUNITIES, LLC AND FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure Rule 7.1(a), Defendants Ohana Military Communities, LLC ("Ohana") and Forest City Residential Management, LLC (successor by conversion to Forest City Residential Management, Inc.), file this Corporate Disclosure Statement and hereby disclose as follows:

      A.    Ohana is a Hawaii limited liability company. Ohana is managed by its members, Hawaii Military Communities LLC and the United States of America, Department of the Navy.

      B.    Forest City Residential Management, LLC is an Ohio limited liability company wholly owned by Forest City Properties, LLC, an Ohio limited liability company ("FCP"); FCP is wholly owned by Forest City Enterprises, L.P.,

2

a Delaware limited partnership ("FCE"); FCE's sole general partner is Forest City Realty Trust, Inc., a Maryland corporation ("FCRT"), and FCE's sole limited partner is FCILP, LLC, a Delaware limited liability company ("FCILP"); and FCILP is wholly owned by FCRT.

      C.    FCRT is a publicly traded corporation on the New York Stock Exchange.

DATED: Honolulu, Hawaii, October 13, 2016.

/s/ Christine A. Terada
LISA WOODS MUNGER
CHRISTINE A. TERADA
RANDALL C. WHATTOFF

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC
FOREST CITY RESIDENTIAL
    MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Plaintiffs Kenneth Lake, Crystal Lake, Harold Bean, Melinda Bean, Kyle Pahona, Estel Pahona, Timothy Moseley, and Ashley Moseley,<br><br>    Plaintiffs,<br><br> vs.<br><br>Ohana Military Communities, LLC, Forest City Residential Management, Inc.; and Doe Defendants 1-10,<br><br>    Defendants. | CV 16-00555 KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following on the date indicated below:

**Served Electronically through CM/ECF:**

P. Kyle Smith, Esq.   kyle@lynchhoppersmith.com
Terrance M. Revere, Esq. terry@revereandassociates.com
Pali Palms Plaza
970 N. Kalaheo Ave., Suite A301
Kailua, HI 96734

Attorneys for Plaintiffs

6066379.1

DATED: Honolulu, Hawaii, October 13, 2016.

/s/ Christine A. Terada
LISA WOODS MUNGER
CHRISTINE A. TERADA
RANDALL C. WHATTOFF

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC
FOREST CITY RESIDENTIAL
    MANAGEMENT, LLC