IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KENNETH LAKE, ET AL., | ) | CIVIL NO. 16-00555 KSC |
| | ) | |
| Plaintiffs, | ) | ORDER OF RECUSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| OHANA MILITARY COMMUNITIES, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF RECUSAL

In order to avoid the appearance of impropriety, or a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case. This matter is returned to the Clerk's Office for reassignment.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 14, 2016.



Kevin S.C. Chang
United States Magistrate Judge