COX FRICKE
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| JOACHIM P. COX | 7520-0 |
| jcox@cfhawaii.com | |
| RANDALL C. WHATTOFF | 9487-0 |
| rwhattoff@cfhawaii.com | |
| KAMALA S. HAAKE | 9515-0 |
| khaake@cfhawaii.com | |
| CHRISTINE A. TERADA | 10004-0 |
| cterada@cfhawaii.com | |

800 Bethel Street, Suite 600
Honolulu, Hawaiʻi  96813
Telephone:  (808) 585-9440
Facsimile:  (808) 275-3276

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| LISA WOODS MUNGER | 3858-0 |
| lmunger@goodsill.com | |

First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaiʻi  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC and
FOREST CITY RESIDENTIAL MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| Plaintiffs Kenneth Lake, Crystal Lake, Harold Bean, Melinda Bean, Kyle Pahona, Estel Pahona, Timothy Moseley, Ashley Moseley, Ryan Wilson, and Heather Wilson, | CIVIL NO. 16-00555-LEK-KJM<br><br>STIPULATION FOR PARTIAL DISMISSAL:  DISMISSAL WITH PREJUDICE OF ALL OF PLAINTIFF ESTEL PAHONA'S CLAIMS IN THE |

|   |   |
|---|---|
| Plaintiffs,<br><br>vs.<br><br>Ohana Military Communities, LLC, Forest City Residential Management, Inc.; and DOE Defendants 1-10,<br><br>Defendants. | FIRST AMENDED COMPLAINT [75] AND ORDER<br><br>Trial: October 21, 2019<br>Judge: Leslie E. Kobayashi |

**STIPULATION FOR PARTIAL DISMISSAL: DISMISSAL WITH PREJUDICE OF ALL OF PLAINTIFF ESTEL PAHONA'S CLAIMS IN THE FIRST AMENDED COMPLAINT [75] AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants Ohana Military Communities, LLC and Forest City Residential Management, LLC, successor by conversion to Forest City Residential Management, Inc. (collectively "Defendants"), by and through their undersigned counsel, that this action is dismissed with prejudice as to Defendant Estel Pahona as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, any and all claims by Plaintiff Estel Pahona against Defendants that are contained in Plaintiffs' First Amended Complaint filed on September 20, 2017, or are otherwise at issue in this case, are dismissed with prejudice.

2. Each party to this stipulation shall bear their own attorneys' fees and costs as they relate to Estel Pahona.

3. All appearing parties have signed this Stipulation.

DATED:  Honolulu, Hawai'i, April 22, 2019.

/s/Randall C. Whattoff
LISA WOODS MUNGER
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE
CHRISTINE A. TERADA
Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC
and FOREST CITY RESIDENTIAL
MANAGEMENT, LLC

DATED:  Honolulu, Hawai'i, April 22, 2019.

/s/P. Kyle Smith
P. KYLE SMITH
TERRANCE M. REVERE
Attorneys for Plaintiffs

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

Kenneth Lake, et al. v. Ohana Military Communities, LLC, Civil No. 16-00555-LEK-KJM, Stipulation for Partial Dismissal:  Dismissal With Prejudice of All of Plaintiff Estel Pahona's Claims in the First Amended Complaint [75] and Order

3