1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF HAWAII

3

4    KENNETH LAKE, CRYSTAL LAKE,    ) CIVIL
     HAROLD BEAN, MELINDA BEAN,     ) NO. 16-00555-LEK-KJM
5    KYLE PAHONA, ESTEL PAHONA,     )
     TIMOTHY MOSELEY, ASHLEY        )
6    MOSELEY, RYAN WILSON, AND      )
     HEATHER WILSON,                )
7                                   )
                  Plaintiffs,       )
8                                   )
          vs.                       )
9                                   )
     OHANA MILITARY COMMUNITIES,    )
10   LLC, FOREST CITY RESIDENTIAL   )
     MANAGEMENT, INC., AND DOE      )
11   DEFENDANTS 1-10,               )
                                    )
12                Defendants.       )
     _____)
13

14

15                    DEPOSITION OF

16                   TIMOTHY MOSELEY

17

18

19   Taken on behalf of the Defendants, Ohana Military
     Communities, LLC and Forest City Residential Management,
20   Inc., at 800 Bethel Street, Suite 600, Honolulu, Hawaii,
     Commencing at 8:00 a.m., on April 16, 2019, pursuant to
21   notice.

22

23

24

25   BEFORE:   SHEILA MOORE, RPR, RMR, CMRS, CRR, CSR No. 501

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090

EXHIBIT 3

```
 1    leases that were being issued at this time all should

 2    have included a construction relocation addendum.  Does

 3    this refresh whether or not you received a construction

 4    addendum as part of your lease?

 5              MR. SMITH:  Just object to the extent you're

 6         representing facts that are not in evidence, but if

 7         you remember signing it, then that's what he's

 8         asking, or if you remember receiving it.

 9              THE WITNESS:  I don't remember.

10    BY MR. WHATTOFF:

11    Q.  Before moving into the Lawrence Road home, did

12    you look into any off-base housing options?

13    A.  Yes.

14    Q.  What did you look at?

15    A.  We looked at quite a few, because there were no

16    houses available, and we lived at The Lodge for a while

17    while we were looking for a place to live, and we

18    couldn't afford really anything, and eventually Forest

19    City came up with that house for us to get into.

20    Q.  I think we have a record of it, but do you recall

21    what your BAH was at that time?

22    A.  I do not.

23    Q.  Where were you looking at potential rentals?

24    A.  Anywhere in the Kaneohe area, Kailua.  Somewhere

25    close to base.
```

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090

61

1    Q.   And can you recall any of the specific homes that

2 you looked at or specific apartments that you looked at?

3    A.   No.

4    Q.   Do you recall what the rent was for a similar

5 home to what you were renting in Kaneohe or Kailua?

6    A.   I don't remember exactly.  I know everything is

7 really expensive there.

8    Q.   Did you look at any neighborhoods other than

9 Kailua or Kaneohe?

10    A.   No, I was trying to be as close to base as

11 possible.

12    Q.   Other than a general statement that the homes in

13 -- you looked at in Kaneohe and Kailua were more

14 expensive, can you give me anymore specific detail about

15 what a similar-priced home would rent for in those

16 neighborhoods at that time?

17    A.   The price?

18    Q.   Generally speaking.  Let's say your BAH was

19 around $2,000 a month.  Is your recollection that the

20 homes that you were looking at were $3,000 a month or --

21 or do you have any -- maybe you don't have any

22 recollection.

23    A.   I don't remember exactly.  I know it would have

24 been pretty close to what my BAH was, possibly more.

25    Q.   Okay.  Well, if it's close to your BAH, then you

1   could have lived off base, correct?

2       A.   If it was suitable.

3       Q.   Were the homes not suitable?

4       A.   None of them were ones that were going to be open

5   anyways were anything we'd like to live in.

6       Q.   What was the problem with the homes you looked

7   at?

8       A.   Honestly, it just -- it felt safer on base.

9       Q.   Is there anything you can specifically identify

10  that was unsuitable at those off-base homes?

11      A.   Lack of air conditioning.  Some that were open

12  were too far away.  Just the community in general,

13  they're not usually accepting of people outside of

14  Hawaii.

15      Q.   Was that the biggest issue for you?

16      A.   Yeah, well, it's just not the price of

17  everything, it just didn't seem like it was worth it.

18      Q.   You thought that the homes at Marine Corps Base

19  Hawaii were a better value than what you would be able

20  to rent off base?

21      A.   Yeah, well, I thought it would be safer, it would

22  be surrounded by more people like myself with families,

23  and I was hoping to get one of the newer homes because

24  they looked nice.

25      Q.   Mr. Moseley, you've given some general

64

1  behind our house was our yard, and I remember all the

2  grass was, like, dead or there was dirt everywhere, and

3  then there was another house as well.

4      Q.   Mr. Moseley, do you recall the meeting where you

5  signed the lease for the Lawrence Road home?

6      A.   I don't remember all that much.

7      Q.   Did you have an opportunity to review the lease

8  before you signed it?

9      A.   They just went through where to sign, and also

10  the lead disclosure.

11      Q.   The lead disclosure was specifically pointed out

12  to you?

13      A.   Yes.

14      Q.   Do you recall any other portions being

15  specifically pointed out to you?

16      A.   No, just -- just that, and we asked -- we were

17  concerned about it, and they just said there's nothing

18  to worry about.   If any paint starts peeling, you know,

19  clean it up immediately, stuff like that.

20      Q.   Did you read the lease before you signed it?

21      A.   I went through it with the agent or whatever.

22      Q.   Did you ask for more time to review the lease?

23      A.   No.

24      Q.   Was there any portion of the lease that you

25  objected to?

67

```
 1      A.   I don't think so.

 2      Q.   Did Ohana have anything to do with that?

 3      A.   I don't think so.

 4      Q.   All right.  Why don't we take a short break.

 5      A.   Okay.

 6                    (Recess taken.)

 7   BY MR. WHATTOFF:

 8      Q.   Let's go back on the record.  Mr. Moseley, in

 9   fall of 2009, you decided to move back onto Marine Corps

10   Base Hawaii, correct?

11      A.   Yes.

12      Q.   Did that coincide with your return from

13   deployment, or did you -- was the new home rented before

14   you returned?

15      A.   My wife got it -- probably the month before I

16   returned, she came back.

17      Q.   Your wife moved back about a month before you,

18   and then you came back about a month after that?

19      A.   Yeah, it was like the next month.

20      Q.   Did your wife handle the signing of the lease

21   then for the Nahiha Loop home?

22      A.   I think so.  I might have had to go in and sign

23   again when I returned.

24      Q.   Given the problems that you had with the Lawrence

25   Road home, why did you decide to return to Marine Corps
```

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090

94

1          THE WITNESS:  I mean, I know my family was

2      sick and stuff from living there, and had problems.

3  BY MR. WHATTOFF:

4      Q.  But no one's ever told you that those problems

5  were caused by organochlorinated pesticides, correct?

6      A.  They definitely said it was possible.

7      Q.  Has anybody ever said that it was caused by

8  organochlorinated pesticides?

9      A.  They've spoken about it, and other chemicals used

10 on base; like I said before, Dr. Gentile.

11     Q.  Well, Dr. Gentile -- well, strike that.  Is your

12 testimony that if you had been aware chlordane was used

13 to treat the homes at Marine Corps Base Hawaii prior to

14 living in the Lawrence Road home that you would have

15 rented an off-base home?

16     A.  If I had known that it was gonna be so dangerous

17 to live there and be exposed to it I would have lived

18 off base.

19     Q.  I'm asking you a different question.  I'm just

20 asking you if you had been told that chlordane and

21 similar pesticides were used to address termites in some

22 of the neighborhoods, would you have rented off base

23 instead of renting the Lawrence Road home?

24     A.  Yes.

25     Q.  Do you know if the off-base homes that you were

```
 1                 MR. SMITH:  Can we go off the record for a
 2        second.
 3                     (Discussion had off the record.)
 4                          (Recess taken.)
 5   BY MR. WHATTOFF:
 6        Q.   Mr. Moseley, did you take photos of the dust
 7   impacts at any of the homes you lived in?
 8        A.   I know my mom took pictures in the first house,
 9   but I can't find any of that stuff.
10        Q.   You never took any photos, though, correct?
11        A.   Not myself.
12        Q.   Did you ever take any pictures of any of the dust
13   impacts with your cell phone?
14        A.   I know I took pictures with my old cell phone,
15   but that was a very long time ago.
16        Q.   Which house would that have been at?
17        A.   We took pictures everywhere.
18        Q.   Specifically what I am trying to get at, I know
19   you might have taken pictures that, you know, showed the
20   home in the background and things like that, and I'll
21   definitely show you some of those pictures during your
22   deposition today, but did you ever try to take any
23   pictures specifically showing the impacts of dust on
24   that house?
25        A.   Yeah, the first house I know I took pictures
```

111

1   showing what I was dealing with, trying to get through

2   to my house, you know, the roads being blocked off all

3   the time, and the wonderful view we had.

4       Q.   But you don't have any of those photos anymore?

5       A.   No, that was an old, old phone.

6       Q.   Did you take any -- and let me ask you this:  Did

7   you take any photos of any dust issues at the Nahiha

8   Loop home?

9       A.   Probably just like the construction and stuff

10  going on across the street.  But like I said, the first

11  house was freaking terrible, and so I didn't want more

12  of that, pictures.

13      Q.   Did you -- but I guess I was a little confused by

14  that answer.  Did you take any photos of the impacts of

15  the dust on your Nahiha Loop home?

16      A.   Yeah, I mean, we took pictures of, you know, the

17  dirt and stuff from construction and stuff, but I mean,

18  we weren't all worried about it like the first house.

19      Q.   So you took pictures of, like, for instance, the

20  outside of the home to show what the dust looked like on

21  the outside of the house?

22      A.   Yes.

23      Q.   Where are those pictures?

24      A.   Long gone.

25      Q.   Those are on your own cell phone?

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090

 1    covered in a thick layer of dirt, like, a few hours

 2    later.

 3        Q.   Let's talk about the Nahiha Loop home.  What was

 4    the impact of dust or dirt at the Nahiha Loop home?

 5        A.   The inside of the house was definitely a lot

 6    better.  It had actual modern windows and a modern AC.

 7        Q.   Well, let me just stop you there.  Did you have

 8    issues with construction dust on the interior of the

 9    Nahiha Loop home?

10        A.   I mean, I guess sometimes when the door would be

11    open some dust would come in, but it wasn't like the

12    first house which was constantly filled.

13        Q.   Okay.  So to the extent there was any impact it

14    was minimal on the interior of Nahiha Loop; is that fair

15    to say?

16        A.   Yes.

17        Q.   Now, what about the exterior of the Nahiha Loop

18    home?

19        A.   Like I said, I had to hose off the porch and

20    furniture and stuff.

21        Q.   How often would you have to do that?

22        A.   I probably did it once a week maybe.

23        Q.   Your children were able to play outside at the

24    Nahiha Loop home, though?

25        A.   Yes.

123

1    Q.   And did the dust ever stop them from playing

2    outside at the Nahiha Loop home?

3    A.   No.

4    Q.   And were you able to use the outside area, the

5    backyard, to the extent you wanted to at the Nahiha Loop

6    home?

7    A.   Didn't really have a yard.

8    Q.   There's usually a porch or maybe a little

9    barbecue area or something like that?

10   A.   Yes, like a barbecue.

11   Q.   The dust impacts, to the extent there was any, it

12   never prevented you from having a barbecue outside, for

13   instance?

14   A.   Sometimes.  It would have to be covered some days

15   because there would be, like, a pretty big dirt kickup.

16   Q.   Okay.  But that was not a common occurrence that

17   you'd have a dirt kickup as you described?

18   A.   Yeah, it wasn't really constant.

19   Q.   How often would that occur?

20   A.   It was probably weekly, but it wasn't, like, a

21   daily thing.

22   Q.   But was there ever a time where you couldn't go

23   outside and use the outside area because of some dust

24   issue?

25   A.   Not at the house, but the playground across the

128

1    of the house, I think there was a drainage thing right

2    outside the back porch and around that was no grass and

3    it was all just loose brown dirt, and that would get,

4    you know, thrown up all over the back porch and then it

5    would come in the door when the door was open.

6        Q.  Okay.  Is that like people walking through and

7    walking into the house, or what are you describing

8    there?

9        A.  Yeah, I mean, it would be people walking through,

10   them doing yard work especially because that was like a

11   common area right outside my back porch.  We didn't have

12   a yard.  The wind blowing.

13       Q.  Would that have been inside, the interior of your

14   house?

15       A.  If the door was open.

16       Q.  Was that a problem, that dirt from that area

17   would come in through the open door?

18       A.  I mean, the doors didn't seal all that great.

19   But, also, just walking would track in stuff, too.  But

20   I would say the house mostly -- it wasn't like

21   construction dust, it was just the -- all the soil

22   outside of the house itself.

23       Q.  Okay.  Was there any impact from construction

24   dust on the outside of your Cochran Street home?

25       A.  It was dusty, but it's probably minimal from, you

1    know, construction unless it was blown over there.

2    Q.  Did the dust ever prevent you from doing anything

3    outside at the Cochran Street home?

4    A.  No.

5    Q.  Did the dust ever have any impact on you

6    physically at the Cochran Street home?

7    A.  Physically?

8    Q.  Yeah.  Making it hard to breathe, making your

9    eyes water, something like that?

10    A.  Just outside sometimes.

11    Q.  Okay, how often would that occur?

12    A.  It wasn't that often.

13    Q.  What would occur?

14    A.  My eyes would get dry.  Sometimes it would get

15    hard to breathe.  Also, I do remember in that time

16    period during PT, running around that area and I had

17    like an asthma attack, and I've never had a problem like

18    that before in my life.

19    Q.  Where did this occur?

20    A.  That was on -- we used to run past the

21    neighborhood, and I've forgot the name of the beach, but

22    the road that goes by the beach over by Fort Hase Beach

23    I believe.

24    Q.  When you describe these physical impacts, like

25    your eyes being dry, is that at your Cochran Street

148

1    Q.   So for the record, there's no physical health

2  issues that you contend have occurred to you because of

3  exposure to organochlorinated pesticides?   To you.

4    A.   Yes.

5    Q.   Correct?

6    A.   Correct.

7    Q.   And there's no physical health issues that you

8  contend have occurred to you because of exposure to dust

9  on MCBH, correct?

10   A.   Correct.

11   Q.   And you've never been diagnosed with any physical

12  health issues because of OCPs, correct?

13   A.   Correct.

14   Q.   You do contend that you've suffered some

15  emotional distress as a result of living at MCBH?

16   A.   Yes.

17   Q.   Is that your concerns about your sons' health --

18  or your children's health, I should say?

19   A.   What do you mean?

20   Q.   Well, what do you contend is the nature of the

21  emotional distress that you suffered as a result of

22  living at MCBH?

23   A.   Being taken advantage of.  My kids' severe

24  problems they have, living with it daily.  Getting them

25  to all their therapies daily.  Every minute I'm awake is

```
 1   their hands after direct soil contact and washing all
 2   plants and vegetables grown on site before consuming.
 3   Do you believe there's anything untrue about that
 4   statement?
 5      A.  No.
 6      Q.  In the community handbook Ohana and Forest City
 7   told lessees that chlordane and other pesticides might
 8   be found around their homes, correct?
 9           MR. SMITH:  Objection, misstates the
10       evidence, calls for speculation.  Also calls for
11       speculation.
12           If you know.
13           THE WITNESS:  No, they didn't show that to
14       me.
15   BY MR. WHATTOFF:
16      Q.  In this community handbook, they are telling
17   people who read the handbook that chlordane and other
18   pesticides might be around their homes, correct?
19      A.  Yes.
20      Q.  Did you have any pets while you were at MCBH?
21      A.  Just one for a very short period.
22      Q.  Did you have any service animals while you were
23   living at MCBH?
24      A.  No.
25      Q.  What's the pet that you had for a short period?
```

167

```
 1       A.   It was Vader and I was going to train him to be a
 2   service animal, and we had to leave Hawaii when I got
 3   retired, and we had to get rid of him because the --
 4   they wouldn't let animals fly when they reach certain
 5   temperatures.
 6       Q.   How long did you have Vader for?
 7       A.   Only a few months.
 8       Q.   Did your pet have any issues caused by dust or
 9   organochlorinated pesticides?
10       A.   Not that I know of.
11       Q.   You currently live at ███████████████████ in
12   Fairhope, Alabama?
13       A.   Yes.
14       Q.   And when did you move in there?
15       A.   2013.  I'm not sure on the exact date.
16       Q.   Was that a new home or was that a home that had
17   been built previously?
18       A.   It was built previously.
19       Q.   When was that home constructed?
20       A.   I think 2005.
21       Q.   Is it part of a development of similar homes, or
22   is it --
23       A.   Yes.
24       Q.   Do you know what was in the area before that
25   development was built?
```

```
 1      A.   No.  No, I don't.
 2      Q.   Do you know if that area was ever treated with
 3 organochlorinated pesticides?
 4      A.   No, I don't.
 5      Q.   Do you know if that area was ever treated with
 6 any pesticides?
 7      A.   Just like Terminix-type stuff.
 8      Q.   Was it -- do you know if it was agricultural land
 9 before you moved there?
10      A.   I'm not sure.
11      Q.   Mr. Moseley, other than the fact that
12 organochlorinated pesticides were used at Marine Corps
13 Base Hawaii at some point in the past, do you have any
14 other evidence that the dust that impacted your home
15 contained organochlorinated pesticides?
16      A.   I just -- I know it was around all the housing on
17 base.
18      Q.   I'm sorry, what do you mean by that?
19      A.   I know it was in the soil around all the housing
20 areas on base.
21      Q.   Okay, and other than the fact that there had been
22 pesticides around some of the housing on base, is there
23 any other evidence or facts that you're relying on when
24 you contend that the dust that impacted your homes
25 contained organochlorinated pesticides?
```

183

```
 1                        C E R T I F I C A T E

 2     STATE OF HAWAII                    )

 3                                        )   SS:

 4     CITY AND COUNTY OF HONOLULU )

 5

 6          I, SHEILA MOORE, Certified Shorthand Reporter, do
        Hereby certify:
 7
            That on April 16, 2019, at 8:00 a.m., appeared before
 8      me, TIMOTHY MOSELEY, the witness whose deposition is
        contained herein; that prior to being examined with
 9      witness was by me duly sworn;

10          That the deposition was taken down by me in machine
        shorthand and was thereafter reduced to typewriting;
11      that the foregoing represents, to the best of my
        ability, a true and correct transcript of the
12      proceedings had in the foregoing matter.

13          That pursuant to Rule 30(e) of the Hawaii Rules of
        Civil Procedure, a request for an opportunity to review
14      and make changes to this transcript:

15          _x_ Was made by the deponent or a party (and/or their
                attorney) prior to the completion of the
16              deposition.
            ___ Was NOT made by the deponent or a party (and/or
17              their attorney) prior to the completion of the
                deposition.
18          ___ Was waived.

19          I further certify that I am not an attorney for any
        of the parties thereto, nor in any way concerned with
20      the cause.

21          Dated this 25th day of April, 2019, in Honolulu,
        Hawaii.

22

23                                    _____

24                                    Sheila Moore, CSR No. 501

25
```

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090