AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

KENNETH LAKE; CRYSTAL LAKE; HAROLD BEAN; MELINDA BEAN; KYLE PAHONA; ESTEL PAHONA; TIMOTHY MOSELEY; RYAN WILSON; HEATHER WILSON

      Plaintiffs,

V.

OHANA MILITARY COMMUNITIES, LLC; FOREST CITY RESIDENTIAL MANAGEMENT, INC.; DOE DEFENDANTS 1-10

      Defendants.

JUDGMENT IN A CIVIL CASE

Case: CV 16-00555 LEK-KJM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

October 18, 2019

At 1 o'clock and 50 min p.m.
SUE BEITIA, CLERK

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to, and in accordance with, the following orders:

 "Order Granting in Part an Denying in Part Defendants' Motion to Dismiss", ECF No. 63, filed on August 1, 2017;

 "Order Granting in Part and Denying in Part Plaintiffs' Motion for Reconsideration of Order Granting in Part and Denying in Part Defendants' Motion to Dismiss", ECF No. 78, filed October 12, 2017;

"Order Striking Plaintiffs' Trespass Claim", ECF No. 81, filed December 20, 2017;

"Order Granting in Part and Denying in Part Defendants' Motion to Dismiss and/or Strike Plaintiffs' First Amended Complaint (Dkt 75)", ECF No. 98, filed May 31, 2018;

"Stipulation for Partial Dismissal: Dismissal With Prejudice of All of Plaintiff Estel Pahona's Claims in the First Amended Complaint [75] and Order", ECF No. 139, filed April 24, 2019;

"Order Denying Plaintiffs' Motion for Reconsideration of Order Dismissing Plaintiffs' Unfair Competition Claim", ECF No. 159, filed June 13, 2019;

"Order Granting in Part and Denying in Part Defendants' Motions for Summary Judgment No. 1 and No. 2", ECF No. 187, filed September 30, 2019;

"Stipulation for (1) Dismissal With Prejudice of All of Plaintiffs Harold Bean and Melinda Bean's Claims in the First Amended Complaint; and (2) Dismissal With Prejudice of Plaintiffs Kenneth Lake, Crystal Lake, Kyle Pahona, Ryan Wilson, and Heather Wilson's Eleventh Claim for Relief (Nuisance), to the Extent the Claim is Based Upon Construction Dust Generally", ECF No. 188, filed October 18, 2019.

|  |  |
|---|---|
| October 18, 2019 | SUE BEITIA |
| Date | Clerk |
|  | /s/ Sue Beitia by ET |
|  | (By) Deputy Clerk |