UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| KENNETH LAKE, CRYSTAL LAKE, HAROLD BEAN, MELINDA BEAN, KYLE PAHONA, ESTEL PAHONA, TIMOTHY MOSELEY, ASHLEY MOSELEY, RYAN WILSON, and HEATHER WILSON,<br><br>    Plaintiffs,<br><br>  vs.<br><br>OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC., DOE DEFENDANTS 1-10,<br><br>    Defendants. | CIV. NO. 16-00555 LEK |

**ORDER REMANDING CASE TO STATE COURT**

    This action was originally filed in the State of Hawai`i First Circuit Court ("state court") on September 14, 2016, but was removed by the defendants to this district court. [Notice of Removal, filed 10/13/16 (dkt. no. 1).] On March 15, 2017, this Court issued an order that denied the plaintiffs' motion to remand the case to the state court ("Order Denying Remand"). [Dkt. no. 49.[1]] Ultimately, the Judgment in a Civil Case was entered in favor of the defendants on October 18, 2019, and the plaintiffs filed their notice of appeal on November 14,

---

[1] The Order Denying Remand is also available at 2017 WL 11515424.

2019.  [Dkt. nos. 189, 192.]  On September 29, 2021, the Ninth Circuit issued an opinion that: reversed the Order Denying Remand; vacated all subsequent decisions issued in this district court for lack of jurisdiction; and remanded the case to this Court with instructions to remand it to the state court.  <u>Lake v. Ohana Mil. Communities, LLC</u>, 14 F.4th 993 (9th Cir. 2021).  The defendants' motion for rehearing en banc was denied on December 7, 2021, and the Mandate was issued on January 4, 2022.  [Dkt. nos. 206, 208.]

      The instant is case is HEREBY REMANDED to the state court, pursuant to the Ninth Circuit's opinion.  The Clerk's Office is DIRECTED to effectuate the remand on **January 25, 2022**, unless a timely motion for reconsideration of this Order is filed.

      IT IS SO ORDERED.

      DATED AT HONOLULU, HAWAII, January 10, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**KENNETH LAKE, ET AL. VS. OHANA MILITARY COMMUNITIES, LLC, ET AL; CV 16-00555 LEK; ORDER REMANDING CASE TO STATE COURT**